Charles R. Messer (SBN: 101094)
MesserC@cmtlaw.com
David J. Kaminski (SBN: 128509)
KaminskiD@cmtlaw.com
Keith A. Yeomans (SBN: 245600)
YeomansK@cmtlaw.com
**CARLSON & MESSER LLP**
5959 West Century Blvd., Suite 1214
Los Angeles, California 90045
t: (310) 242-2200
f: (310) 242-2222

*Attorneys for Defendant*
*DELTA OUTSOURCE GROUP, INC.*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GERALDINE ONG**, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>**DELTA OUTSOURCE GROUP, INC.,** a Missouri Corporation,<br><br>Defendant. | Case no. 3:14-cv-01053-WQH-JMA<br><br>CLASS ACTION<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint filed April 28, 2014 |

**TO THE COURT, PARTIES AND THEIR ATTORNEYS:**

**PLEASE TAKE NOTICE** that Defendant **DELTA OUTSOURCE GROUP, INC.** and Plaintiff **GERALDINE ONG** have agreed to settle the above-entitled matter. The parties anticipate that they will finalize the settlement and file a request to dismiss Defendant with prejudice and to dismiss the unnamed class members, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1), no later than 45 days from the date of this Notice. The

parties request that the Court take off calendar all future hearing dates in this matter.

Dated:  April 23, 2015,  **CARLSON & MESSER LLP**

/s/ David J. Kaminski
Charles R. Messer
David J. Kaminski
Keith A. Yeomans

*Attorneys for Defendant
Delta Outsource Group, Inc.*

{Ong - Notice of Settlement;1}

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd of **April, 2015**, a true and accurate copy of the foregoing **NOTICE OF SETTLEMENT** was served via the U.S. District Court ECF system on the following e-mail(s):

doug@djcampion.com

DanielShay@tcpafdcpa.com

kas@consumeradvocates.com w

ron@consumersadvocates.com

                                                          /s/ David J. Kaminski
                                                          David J. Kaminski