# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Geraldine Ong**, on behalf of herself and all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>**Delta Outsource Group, Inc.,** a Missouri Corporation,<br><br>　　　　　　　Defendant. | Case no. 3:14-cv-01053-WQH-JMA<br><br>CLASS ACTION<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS THE ENTIRE ACTION** |

　　　　The Court has reviewed the Stipulation of Plaintiff GERALDINE ONG and Defendant DELTA OUTSOURCE GROUP, INC.  Good cause appearing, the Court grants the parties' Joint Motion to Dismiss the entire action.  As stipulated by the parties, the action is dismissed with prejudice as to Plaintiff GERALDINE ONG, and dismissed without prejudice as to the putative class members, pursuant to FRCP 41(a)(1)(A(ii), with each party to bear their respective attorneys' fees and costs.

　　　　IT IS SO ORDERED
　　　　DATED:  May 19, 2015

　　　　　　　　　　　　　　　　　　　*William Q. Hayes*
　　　　　　　　　　　　　　　　　　　WILLIAM Q. HAYES
　　　　　　　　　　　　　　　　　　　United States District Judge

{